PROB 12A
(REVISED 5/2011)

# United States District Court
### for
### Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Ramiro Yasmil Rodriguez-Cruz          Case Number: 3:10-CR-00137-01

Name of Judicial Officer: The Honorable Philip R. Martinez, U.S. District Judge, Western District of

Texas; transfer of jurisdiction on May 19, 2010, to The Honorable Todd J. Campbell, U. S. District Judge

Date of Original Sentence: December 6, 2008

Original Offense: 21 U.S.C. § 841, Possession with Intent to Distribute a Controlled Substance, to-wit:

Marijuana > 100 KG

Original Sentence: 37 months' custody; 5 years' supervised release

Type of Supervision:   Supervised Release          Date Supervision Commenced: May 27, 2009

Assistant U.S. Attorney:   to be assigned          Defense Attorney:   to be assigned

THE COURT ORDERS:

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 14 day of Nov. , 2013,
and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place          Columbia, Tennessee

Date          November 13, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.            **Shall not commit another federal, state, or local crime:**

On November 9, 2013, Ramiro Rodriguez-Cruz was arrested for Driving Under the Influence (DUI) by the Metropolitan Nashville Police Department, Nashville, Tennessee. According to the Affidavit, he showed signs of impairment and failed in his performance of three separate field sobriety tests. Mr. Rodriguez-Cruz did consent to a breathalyzer for a Blood Alcohol Content (BAC) test. The test showed a BAC of 0.108 and 1.121. He is to appear in Davidson County General Sessions Court, Nashville, Tennessee, on November 27, 2013, for an initial appearance, Case Number GS654994.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer spoke with Mr. Rodriguez-Cruz on November 12, 2013, to discuss the arrest. Mr. Rodriguez-Cruz advised he had drank approximately 8-9 beers at his son's birthday party, went to bed at 12:00 a.m., awoke at 4:00 a.m., and was arrested at approximately 5:10 a.m. near his place of work. Mr. Rodriguez-Cruz will be referred for an alcohol intake and assessment.

Mr. Rodriguez-Cruz is currently employed and resides with his family.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Rodriguez-Cruz be continued on supervised release. The Court will be notified of the disposition so it may determine if any further action is necessary.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
                    W. Burton Putman
                    Supervisory U.S. Probation Officer